UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HU,<br><br>    Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 17-cv-04098-NC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Jason Hu filed a civil action against defendant Guardian Life Insurance Company of America, in the Superior Court of California, County of Santa Clara. Dkt. No. 1-1. Guardian removed the action to federal court on July 20, 2017. Dkt. No. 1. On July 26, 2017, Guardian moved to dismiss Hu's complaint for failure to state a claim under FRCP 12(b)(6). Dkt. No. 6. Hu's response was due August 9, 2017, but he has not filed a response or taken any further action in the case. Hu also has not consented to or declined the jurisdiction of a magistrate judge. *See* Civ. L.R. 73.

Thus, the Court ORDERS Hu to show cause why the action should not be dismissed for failure to prosecute. Hu must respond to this order within 14 days, by August 25, 2017, indicating his intent to prosecute his claims, and consenting to or declining the jurisdiction of a magistrate judge.

**IT IS SO ORDERED.**

Dated: August 11, 2017

                                                NATHANAEL M. COUSINS
United States Magistrate Judge