UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HU,<br>　　　　Plaintiff,<br>　　v.<br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br>　　　　Defendant. | Case No. 17-cv-04098-NC<br><br>**REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 6 |

Because plaintiff Hu has declined to consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), the Clerk of Court is asked to randomly reassign this case to a District Court Judge.

I recommend that, upon reassignment, Hu SHOW CAUSE in writing within fourteen days why the case should not be dismissed for failure to prosecute. As set forth in part in an Order to Show Cause issued August 11, 2017, Dkt. No. 9, Hu failed to file an opposition to defendant Guardian Life's pending motion to dismiss, Dkt. No. 6, and has not otherwise appeared since the case was removed from state court. Hu also did not respond to the August 11, 2017, Order to Show Cause.

In conclusion, I recommend that the newly assigned judge dismiss this case unless Hu demonstrates an interest in pursuing his case.

Any party may object to this recommendation, but must do so within fourteen days of being served with the recommendation. Fed. R. Civ. P. 72(b).

**IT IS SO ORDERED.**

Dated: August 28, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge